No. 82–6145. TATUM *v.* REGENTS OF THE UNIVERSITY OF NEBRASKA-LINCOLN ET AL. C. A. 8th Cir. Petitioner is directed to file a response to the motion of respondents for damages within 30 days. Certiorari denied.

No. 82–764. WHITE ET AL. *v.* COMMISSIONER OF INTERNAL REVENUE, 459 U. S. 1088;
No. 82–5528. BUTTRUM *v.* GEORGIA, 459 U. S. 1156; and
No. 82–5793. HORTON *v.* GEORGIA, 459 U. S. 1188. Petitions for rehearing denied.

No. 82–5497. CHODOS *v.* UNITED STATES ET AL., 459 U. S. 1111; and
No. 82–5524. JONES *v.* ESTELLE, DIRECTOR, TEXAS DEPARTMENT OF CORRECTIONS, 459 U. S. 1174. Motions for leave to file petitions for rehearing denied.

MARCH 28, 1983

No. 82–901. KNIGHT ET AL. *v.* MINNESOTA COMMUNITY COLLEGE FACULTY ASSN. ET AL. Affirmed on appeal from D. C. Minn.

No. 82–1269. FINK *v.* BOARD OF EDUCATION OF WARREN COUNTY SCHOOLS. Appeal from Pa. Commw. Ct. dismissed for want of substantial federal question.